## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:06-00014 |
| | ) | Judge Trauger |
| ANTHONY SPARKMAN | ) | |

### O R D E R

It is hereby **ORDERED** that the revocation hearing scheduled for January 4, 2013 is **RESET** for Tuesday, January 8, 2013, at 9:30 a.m.

It is so **ORDERED.**

Enter this 11th day of December 2012.

_____
ALETA A. TRAUGER
United States District Judge